**Jim ROWLAND, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 16, 1962.

Robert J. Watson, Middlesboro, for appellant.

John B. Breckinridge, Atty. Gen., David B. Sebree, Asst. Atty. Gen., for appellee.

PER CURIAM.

Jim Rowland was convicted of indecent exposure and his punishment fixed at a fine of $1500.00 and confinement for 12 months in the county jail.

Upon examination of the record we find no prejudicial error.

The motion for appeal is overruled and the judgment is affirmed.